1

2

3

4                                       UNITED STATES DISTRICT COURT

5                                      NORTHERN DISTRICT OF CALIFORNIA

6

7          In re OSSIE GILES,                                    Case No.  15-cv-01470-YGR (PR)

8                                                                **ORDER OF DISMISSAL**

9

10

11

12              On March 31, 2015, this action was opened when the Court received from Plaintiff a letter

13      addressed to Senior District Court Judge Thelton E. Henderson expressing his displeasure with the

14      conditions of confinement in the prison at which he is currently housed, i.e., San Quentin State

15      Prison in San Quentin, California.  Dkt. 1 at 3.  In turn, the Clerk of the Court opened a case file,

16      and sent a notice to Plaintiff advising him that he had not filed a complaint, and cautioned that the

17      action would be dismissed if he did not submit a complaint within twenty-eight days.  The Clerk

18      separately sent out a notice that this action was deficient due to the failure to pay the filing fee or

19      furnish a completed and signed Court-approved *in forma pauperis* application, and cautioned that

20      the action would be dismissed if he did not pay the fee or file the application materials within

21      twenty-eight days.

22              In response, Plaintiff sent a letter dated April 7, 2015 to the Clerk indicating that he had

23      not exhausted his available administrative remedies, and that he was requesting a "stay of action

24      on this matter until all my CDCR administrative remedies are completed."  Dkt. 5 at 1.  The Court

25      construes Plaintiff's letter as an indication that he did not intend to commence a new action when

26      he wrote the letter to Judge Henderson, but that he only intended to inform the judge of his

27      concerns.

28              In light of Plaintiff's explanation that the letter he sent to Judge Henderson was not

United States District Court
Northern District of California

United States District Court
Northern District of California

1  intended to commence a new action, this action is DISMISSED because it was opened in error.

2  Plaintiff may file a new civil rights action using the attached civil rights complaint form *after he*

3  *has exhausted his administrative remedies*.

4        No filing fee is due.  The Clerk shall close the file.  The Clerk shall send Plaintiff a blank

5  civil rights complaint form along with his copy of this Order.

6        IT IS SO ORDERED.

7  Dated:  April 27, 2015

8   

9  YVONNE GONZALEZ ROGERS
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2